UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Floyd D. Cloud, | Civil No. 07-4219 (DWF/AJB) |
| Plaintiff, | |
| v. | **ORDER** |
| Joan Fabian, Minnesota Commissioner of Corrections, | |
| Defendant. | |

Floyd D. Cloud, *Pro Se*, Plaintiff.

This matter is before the Court on a Report and Recommendation from Magistrate Judge Arthur J. Boylan dated October 17, 2007. There being no objections filed to Magistrate Judge Boylan's Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's "Application to Proceed Without Prepayment of Fees" (Doc. No. 2), by which he is seeking leave to proceed *in forma pauperis* ("IFP"), as permitted by 28 U.S.C. § 1915(a)(1), is **DENIED**.

2. This action is **SUMMARILY DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Dated: November 2, 2007          s/Donovan W. Frank
                                  DONOVAN W. FRANK
                                  Judge of United States District Court